FILED
IN CLERKS OFFICE

2004 JUN 15 P 4: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID ARMETTA, Derivatively on Behalf of the COLUMBIA COMMON STOCK FUND, ) ) ) ) ) Plaintiff, ) ) v. ) ) FLEETBOSTON FINANCIAL CORPORATION, et al., ) ) ) ) Defendants. ) ) | CIVIL ACTION NO. 04-CV-10555 (MLW) |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE COLUMBIA MANAGEMENT DEFENDANTS

Pursuant to Local Rule 7.3(A), Defendants FleetBoston Financial Corporation,[1] Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P. and Columbia Funds Distributor, Inc. (collectively, the "Columbia Management Defendants") hereby make the following disclosures. Columbia Funds Distributor, Inc. discloses that it is a subsidiary of Columbia Management Advisors, Inc. ("CMA"). CMA and Columbia Wanger Asset Management, L.P. disclose that they are both subsidiaries of Columbia Management Group, Inc. ("CMG"). CMG, in turn, is a subsidiary of Fleet National Bank, which is a subsidiary of FleetBoston Financial Corporation, which effective April 1, 2004 merged with Bank of America Corporation.

---

[1] Effective April 1, 2004, FleetBoston Financial Corporation merged with Bank of America Corporation.

LITDOCS:548815.1

Respectfully submitted,
**COLUMBIA MANAGEMENT DEFENDANTS**
By their attorneys,

R. Scott Henderson (BBO# 554821)
**Bingham McCutchen, LLP**
150 Federal Street
Boston, Massachusetts
(617) 951-8000
(617) 951-8736 (Facsimile)

Dated: June 15, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, David Pastor, Esq., Gilman and Pastor LLP, Stonehill Corporate Center, 999 Broadway, Suite 500, Saugus, Massachusetts, via U.S. mail on June 15, 2004.

R. Scott Henderson

LITDOCS:548815.1

2

BINGHAM McCUTCHEN

Elizabeth Ybarra Crean
Direct Phone: (617) 951-8990
elizabeth.ybarracrean@bingham.com

June 15, 2004

FILED
IN CLERKS OFFICE

2004 JUN 15  P 4: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Via Hand Delivery**

Clerk's Office
United States District Court of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re:** ***David Armetta v. FleetBoston Financial Corporation, et al.***
   **Civil Action No. 04 CV 10555 (MLW)**

Dear Sir or Madam:

Enclosed please find the following documents for filing:

1. Local Rule 7.3 Corporate Disclosure Statement of The Columbia Management Defendants; and

2. Stipulation and Order Extending Time of the Columbia Management Defendants To Answer, Move or Otherwise Respond to Complaint.

For each document, I have enclosed an original for filing and a courtesy copy. Thank you for your attention to this matter.

Very truly yours,

Elizabeth Ybarra Crean

Enclosures

cc: Steven W. Hansen, Esq. (w/ enclosures)
    R. Scott Henderson, Esq. (w/enclosures)

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington