UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 4:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID ARMETTA, Derivatively )
on Behalf of the COLUMBIA COMMON )
STOCK FUND, )
)
Plaintiff, )   CIVIL ACTION NO.
)   04-CV-10555 (MLW)
v. )
)
FLEETBOSTON FINANCIAL CORPORATION, )
et al., )
)
Defendants. )

## STIPULATION AND ORDER EXTENDING TIME OF THE COLUMBIA MANAGEMENT DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff David Armetta, and Defendants FleetBoston Financial Corporation,[1] Columbia Management Group, Inc., Columbia Management Advisors, Inc. and Columbia Funds Distributor, Inc. (collectively, the "Columbia Management Defendants"), as follows:

WHEREAS, the complaint in the above-captioned action was filed in this Court on March 19, 2004 (the "Complaint");

WHEREAS, the Columbia Management Defendants desire an enlargement of their time to answer, move or otherwise respond to the Complaint and Plaintiff consents to such an enlargement of time;

---

[1] Effective April 1, 2004, FleetBoston Financial Corporation merged with Bank of America Corporation.

LITDOCS:548796.2

WHEREAS, the Columbia Management Defendants have received no previous enlargement of their time to answer, move or otherwise respond to the Complaint;

WHEREAS, on February 20, 2004, the Judicial Panel on Multidistrict Litigation ("the MDL Panel") issued an Order transferring various actions relating to alleged mutual fund trading to the United States District Court for the District of Maryland, and centralizing the actions onto one single MDL docket (MDL-1586) under the caption "In re Mutual Funds Investment Litigation";

WHEREAS, the MDL Panel acknowledged in its Order that many related actions have been filed, and stated that those actions and any other related actions will be treated as potential "tag-along" actions in In re Mutual Funds Investment Litigation; and

WHEREAS, the Columbia Management Defendants have noticed this action as a potential "tag-along" action, and expect that this action will be transferred to the United States District Court for the District of Maryland for consolidation into In re Mutual Funds Investment Litigation;

SUBJECT TO THE APPROVAL OF THIS COURT, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the Columbia Management Defendants are not required to answer, move, or otherwise respond to the Complaint until: (a) any such date as may be subsequently ordered by any Court in any subsequent Order in connection with In re Mutual Funds Investment Litigation; or (b) in the event that the MDL Panel determines not to transfer this case to the District of Maryland to be part of In re Mutual Funds Investment Litigation, sixty (60) days after the filing date of the MDL Panel's decision relating to the requested transfer of this action. Should Plaintiff file an amended consolidated Complaint in this action, the Columbia Management Defendants' response to such

amended consolidated complaint will be due thereafter at such time as the parties agree, or as ordered by any Court;

SUBJECT TO THE APPROVAL OF THIS COURT, IT IS FURTHER STIPULATED AND AGREED by and between the undersigned, counsel for the parties herein, that nothing in this Stipulation and Order shall be deemed to constitute an appearance by any of the Columbia Management Defendants, and the Columbia Management Defendants reserve any and all rights or defenses, including affirmative defenses, any of the Columbia Management Defendants may have in the above-captioned action. The parties further agree and stipulate that by entering into this stipulation, the Plaintiff is not conceding or acknowledging that this action is subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act.

Dated: Boston, Massachusetts
       June 15, 2004

| **GILMAN AND PASTOR LLP** | **BINGHAM MCCUTCHEN LLP** |
|---|---|
| By their attorneys, | By their attorneys, |
| _____ | _____ |
| David Pastor (BBO # 391000) | R. Scott Henderson (BBO# 554821) |
| Stonehill Corporate Center | 150 Federal Street |
| 999 Broadway, Suite 500 | Boston, Massachusetts 02110-1726 |
| Saugus, Massachusetts 01906 | (617) 951-8000 |
| (781) 231-7850 | |
| **Attorneys for Plaintiff** | **Attorneys for the Columbia Management Defendants** |

SO ORDERED:
Dated:   June ____, 2004

_____
Honorable Mark L. Wolf
United States District Judge

LITDOCS:548796.2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon counsel for Plaintiff, David Pastor, Esq., Gilman and Pastor LLP, Stonehill Corporate Center, 999 Broadway, Suite 500, Saugus, Massachusetts, via U.S. mail on June 15, 2004.

                                                        _____
                                                           R. Scott Henderson